

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,873-02

### IN RE DOMINGO AMARO-SOLIS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1477162A IN THE 339TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Harris County on April 4, 2019, and that the trial court timely entered an order designating issues on May 1, 2019, but that his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas application to this Court, or respond that Relator has not filed a habeas application pertaining to this conviction in Harris County. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: November 10, 2021
Do not publish